# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7165**                    **September Term, 2023**

**1:23-cv-03278-UNA**

**Filed On:** August 5, 2024

Onyinye Jideani,

      Appellant

    v.

Robert R. Rigsby, Judge; Civil Action Judge
at the District of Columbia Superior Court,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion for contempt, it is

**ORDERED** that the motion for contempt be denied. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order entered November 9, 2024, be affirmed. The district court correctly dismissed appellant's claim for damages. Appellant's allegations arise from appellee's decisions in her civil case before the District of Columbia Superior Court, but appellee is absolutely immune from suits for money damages for actions taken within his judicial jurisdiction. See Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam). Appellant has forfeited any other claim. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) (arguments not raised on appeal are forfeited).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk